| United States District Court for the Eastern District of California<br>501 I Street, Room 4-200<br>Sacramento, CA 95814<br>Attn: Kimberley Jo MEULLER<br>California State Bar #179155 | | FILED<br>FEB 18 2021<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY ________<br>DEPUTY CLERK |
|---|---|---|
| Garnishment *On and for the behalf of the* UNITED STATES | 6<br>Case #20-po-693 | |

**REFUSAL FOR CAUSE**

**COMES NOW**, John Pace' of the family ZISA and Redeemed. Demand is made for redemption of central banking currency in Lawful Money in all transactions pursuant to Title 12 USC §411 and §16 of the Federal Reserve Act. Service to the agent is service to the principal and vice versa.

Dear Clerk of Court;

Please file this original Refusal for Cause on an agency presentment into the case number in the header, with this copy of the clerk instruction while the original clerk instruction is filed with the US Governor of the International Monetary Fund Janet Louise YELLEN, with a copy of this Refusal for Cause.

Secretary YELLEN is responsible for making any necessary adjustments in SDR Federal Reserve Assets due to John Pace' being redeemed from the rigors of central banking. No magistrates are allowed to accommodate any case disposition, especially any warrants or notifications that might affect the driving privilege or license to drive. Secretary YELLEN is expected to supervise that no prosecution or penalty assessment issue from the USDC that will effect transaction between John Pace' and the State of California.

Following is evidence that "Chief Judge" Kimberly Jo MEULLER has no bond, and therefore is not in authority to be operating outside the jurisdiction of national debt incurred through endorsement of private credit. John Pace' is redeemed.

C/O P.O. Box 577
Midpines CA
95345

Please be aware that any documents restricted from publication on PACER, like Docs 4&5 and Doc 1&3 - Docs 2&3 respectively, are likewise Refused for Cause. John Pace' has made demand for lawful money redemption and expects honor from the United States.

John Pace' Trustee of the Resulting Trust

**United States District Court**
**Violation Notice**

Case 6:20-po-00693-HBK   Document 1   Filed 11/30/20   Page 1 of 1

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

| Location Code | Violation Number | Officer Name | Officer No. |
|---|---|---|---|
| CA76 | 9290796 | Austad | 2761 |

I state that on _____, 20___ while exercising my duties as a law enforcement officer in the _____ District of _____

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense: 11/7/20  
Offense Charged: USC 36 CFR (b)

Place of Offense: Unit Slab, Tr...

Offense Description: Failure to provide evidence of financial responsibility upon demand, expired. HAZMAT

**DEFENDANT INFORMATION**

Last Name: Zisa
First Name: John

[address redacted]

| REF E470 | CA | 15 | Jeep | 4W | WHT |

**APPEARANCE IS REQUIRED**  
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**  
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount  
+ $30 Processing Fee

**PAY THIS AMOUNT AT**  
www.cvb.uscourts.gov →  

Total Collateral Due

**YOUR COURT DATE**  
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:  
Date:  
Time:

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*9290796*

The foregoing statement is based upon:
☐ my personal observation  ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____  
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____  
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

[Large handwritten scrawl across document: "Refusal to" / "Causes"]

CVB SCAN 11/06/2020 13:17

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT** **CIVIL CODE § 1189**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )
County of Mariposa )

On February 16, 2021 before me, Rhonda Matthews, Notary Public,
*Date* *Here Insert Name and Title of the Officer*

personally appeared John Pace
*Name(s) of Signer(s)*

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

RHONDA MATTHEWS
Notary Public - California
Mariposa County
Commission # 2261798
My Comm. Expires Nov 4, 2022

Signature Rhonda Matthews
*Signature of Notary Public*

*Place Notary Seal Above*

***OPTIONAL***

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: Refusal For Cause

Document Date: ______ Number of Pages: 13 (thirteen)

Signer(s) Other Than Named Above: ______

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: ______
☐ Corporate Officer — Title(s): ______
☐ Partner — ☐ Limited ☐ General
☐ Individual ☐ Attorney in Fact
☐ Trustee ☐ Guardian or Conservator
☐ Other: ______
Signer Is Representing: ______

Signer's Name: ______
☐ Corporate Officer — Title(s): ______
☐ Partner — ☐ Limited ☐ General
☐ Individual ☐ Attorney in Fact
☐ Trustee ☐ Guardian or Conservator
☐ Other: ______
Signer Is Representing: ______

©2016 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827) Item #5907

Case 6:20-po-00693-HBK Document 3 Filed 11/30/20 Page 1 of 1

**United States District Court**

**Violation Notice**

CA76 9290795 Austad 2761

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

09/21/20 1505 36 CFR 4.2(c)

Grizzly Gulch, Tioga Pass

Speeding -25+ MPH, 63MPH in 45MPH zone.

DEFENDANT INFORMATION

Zisa John

8EFE470 CA 15 Jeep 4W WHT

APPEARANCE IS REQUIRED

A [X] If Box A is checked, you must appear in court. See instructions.

APPEARANCE IS OPTIONAL

B [ ] If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ Forfeiture Amount

$ Processing Fee

PAY THIS AMOUNT AT www.cvb.uscourts.gov

$ Total Collateral Due

YOUR COURT DATE

Court Address

Date

Time

Defendant Signature

*9290795*

CVB SCAN 11/06/2020 13:17

STATEMENT OF PROBABLE CAUSE

(For issuance of an arrest warrant or summons)

I state that on ________ 20____ while exercising my duties as a law enforcement officer in the ________ District of ________

The foregoing statement is based upon:

my personal observation my personal investigation

information supplied to me from my fellow officer's observation

other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: ________ Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ________ Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 11/06/2020 13:17

Refusal for Cause



# OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, Kimberly J. Mueller, do solemnly swear that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as a UNITED STATES DISTRICT JUDGE under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. SO HELP ME GOD.

KIMBERLY J. MUELLER

Subscribed and sworn to before me this 21st day of December, 2010.

The Honorable Frank C. Damrell, Jr., Senior Judge

Actual abode: [redacted]

Official Station*: Eastern District of California

Date of birth: [redacted]

Date of entry on duty: December 21, 2010

*Title 28, sec. 456 United States Code, as amended

Refused for Causes: violates 5 U.S.C. 2903 due to missing SF-61 and missing certificate of oath duly notarized in the required by license to practice law of "Frank C. Damrell" is now estopped by his silence. see Carmine v. Bowen re: estoppel — RTS

Refusal for Cause

## OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, Kimberly J. Mueller, do solemnly swear that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as a UNITED STATES DISTRICT JUDGE under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. SO HELP ME GOD.

KIMBERLY J. MUELLER

Subscribed and sworn to before me this 21st day of December, 2010.

The Honorable Frank C. Damrell, Jr.,
Senior Judge

Actual abode: [redacted]

Official Station*: Eastern District of California

Date of birth: [redacted]

Date of entry on duty: December 21, 2010

*Title 28, Sec. 456 United Stated Code, as amended

This oath of office is altered - "So help me God." has been altered to "SO HELP ME GOD." Additionally previous lack of fidelity bonding is noted:

Refused for Causes: no OMB control number or expiration date citing no Paragraph 03 (Authority) to administer; no OMB review or approval; no electronic website; 5 U.S.C. ... SF-61 "bootleg" OPM's ICR "violation" Paperwork Reduction Act: see 44 U.S.C. 3512, in particular ...

# APPOINTMENT AFFIDAVITS

United States District Judge — 12/21/2010
(Position to which Appointed) (Date Appointed)

United States District Court — Eastern District of California — Sacramento, CA
(Department or Agency) (Bureau or Division) (Place of Employment)

I, Kimberly J. Mueller, do solemnly swear (or affirm) that

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO THE PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

[signature]
(Signature of Appointee)

Subscribed and sworn (or affirmed) before me this 21st day of December 2010

at Sacramento (City) CA (State)

[signature]
(Signature of Officer)

(SEAL)

Commission expires ____
(If by a Notary Public, the date of his/her Commission should be shown)

Senior Judge
(Title)

Note – If the appointee objects to the form of the oath on religious grounds, certain modifications may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.

U.S. Office of Personnel Management
The Guide to Processing Personnel Actions

NSN 7540-00-634-4015

Standard Form 61
Revised August 2002
Previous editions not usable

Refused for Cause:
not a lawful COMMISSION,
not co-signed by a lawful
Attorney General;
Holder's AG is also a
"bootleg" i.e. COUNTERFEIT
violating Paperwork Reduction
Act: See 44 U.S.C. 3512
in particular
— RTS

11:31 DEC 03, 1997 ID: USDC EASTERN CALIFOR #17088 PAGE: 2/2

# OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, ....Frank C. Damrell, Jr. ........................................, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as ...United States District Judge............ under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So HELP ME GOD.

[signature]

Subscribed and sworn to (or affirmed) before me this .....28th................................ day of ..November.......................... , 1997....

FOIA EXEMPTION b6

[signature]

Actual abode [redacted] ...Chief Judge.............................

Official station* Sacramento, CA...............

Date of birth ..July 6, 1938...................

Date of entry on duty .November 28, 1997.....

*Title 28, sec. 456 United States Code, as amended.

Refusal for Cause

Frank DAMRELL is not qualified as witness because he too has a deviant oath of office. This is not about religion or God at all; this is about changing the oath of office before signing. And then violating lawful redemption from the rigors of central banking and the delusion that debt can undergird currency, and the absurdity that debt can be sustained.

AO 238 (Rev. 11/11) Arrest Warrant and Notice Before Arrest (Page 2)

# UNITED STATES DEPARTMENT OF JUSTICE

## EASTERN DISTRICT OF CALIFORNIA

United States Marshals Service

United States of America
v.

**ZISA, JOHN P**
**5720 CARLETON RD**

**MARIPOSA, CA 95338**

*Defendant*

| Violation Number(s)/Location Code(s) | Violation Date(s) |
|---|---|
| **9290795 CA76** | **09/21/2020** |
| Offense(s) | Amount Due |
| Exceeding Speed Limits - 36 CFR 4.21(c) | APPEARANCE REQUIRED |
| Case Number: | Original Court Date: |
| 6:20-PO-00693-HBK | 12/15/2020 |

## NOTICE BEFORE ARREST

The United States Marshals Service has received a warrant for your arrest issued by a United States magistrate judge, based on the charges set forth above. It is the responsibility of the United States Marshals Service, or other authorized officer, to execute the warrant and to arrest and present you before a United States magistrate judge.

Accordingly, this is a final notice that the amount due shown above may be paid in lieu of your arrest. You may pay on-line at www.cvb.uscourts.gov or mail payment to the Central Violations Bureau, P.O. Box 780549, San Antonio, TX 78278. *Write the violation number and location code on your check or money order.* DO NOT SEND CASH. If your payment is not received within ten (10) days from the date of this notice, you will be subject to arrest.

**By paying the amount due you may be admitting to a criminal offense and a conviction may appear in a public record with adverse consequences to you. You have a right to know more about the charge against you and you may obtain a complete statement of the charge by calling the Central Violations Bureau at 800-827-2982. By paying the amount due you waive your right (1) to contest this violation notice, (2) to a trial, and (3) to be represented by counsel.** If you are charged with a motor-vehicle violation, your payment may be reported to your state's motor-vehicle or driver-licensing agency. As a result, points may be assessed against your driving record, your license may be suspended, and additional fees may be imposed by your state.

If "MANDATORY" or "APPEARANCE REQUIRED" is shown in the "amount due" space above, do not make any payment. Instead you must immediately contact a Deputy United States Marshal at the phone number shown below.

Include the violation number(s), location code(s), and the name of the person for whom the fine is being paid (if other than yourself) on checks or money orders.

*UNITED STATES MARSHAL*

By: B. Ink
*Deputy United States Marshal*

Date of notice: 12-30-2020

Phone: 559-352-0432

Refusal After Cause

If applicable, go to this website to request for a court hearing to remove arrest warrant.
http://www.caed.uscourts.gov/arrest-warrant/form.asp

Refusal for Causes

REQUEST FOR COURT HEARING TO REMOVE ARREST WARRANT and/or DRIVER'S LICENSE-VEHICLE REGISTRATION HOLD
(Eastern District of California - Fresno Courthouse only)

Full Name * (Last, First and Middle)

Violation Notice Case Number (s) * *(if multiple case #'s then separate by a ", ")*

Street Address *

Last 4 Digits of Social Security Number *

City *

Email Address *

State *
Please Select

Verify Email Address *

Zip Code *

Original Court Date * *(Date originally scheduled to appear)*
Select Month | Select Day | Select Year

Select an upcoming Hearing Date *
Please Choose @ 10:00AM PST

Please note that your arrest warrant and/or abstract (hold on your driving license or vehicle registration) will not be recalled/removed until you physically appear at the court hearing and the judge orders the warrant and abstract recalled or removed. Merely requesting or setting this court hearing will not recall your arrest warrant and/or abstract on your driver's license.

Please Select — Please acknowledge that the foregoing is true and correct.

* Required Fields (failure to provide "Required Fields" will result in your request being disapproved)

SUBMIT FORM



FRESNO CA 936
22 JAN 2021 PM 1 L
U.S. Department of Justice
United States Marshals Service
Eastern District of California
Fresno, CA 93721
John Zisa

# Certificate of Mailing

**Upon publication:**

US Treasury - Janet Louise YELLEN
US Governor for the International Monetary Fund
1500 Pennsylvania Avenue NW
city of Washington, District of Columbia. 20220

Registered Mail # RF 297 065 197 US

United States District Court for the Eastern District of California
501 I Street, Room 4-200
Sacramento, CA 95814
Attn: Kimberley Jo MEULLER

Registered Mail # RF 297 065 206 US