FILED
AUG 3 1 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ________ DEPUTY CLERK

| United States District Court for the Eastern District of California 501 I Street, Room 4-200 Sacramento, CA 95814 Attn: Kimberley Jo MEULLER California State Bar #179155 | |
|---|---|
| Garnishment *On and for the behalf of the* UNITED STATES | Case #20-po-693 |

**Default against the United States**

**COMES NOW**, John Pace' of the family ZISA and Redeemed. Demand is made for redemption of central banking currency in Lawful Money in all transactions pursuant to Title 12 USC §411 and §16 of the Federal Reserve Act. Service to the agent is service to the principal and vice versa.

In light of Doc 10 instant and the Albany Remand - USDC NNY 18-mc-007 Doc 88 - it should be deemed in good faith that John Pace' might refuse all process from the Eastern District of California for cause, for lack of bonding. To date there is no reasonable explanation why "Judges" alter their oaths of office.

As John Pace' finds his driver license expired he is compelled to appear in order to maintain his driving privilege. And of course so he can continue operating a motor vehicle responsibly. Whatever the nature and cause in the USDC ECA John Pace' should expect an easy settlement of charges and leniency about any alleged failure to appear in order to renew his driver license.

John Pace' Trustee of the Resulting Trust

C/O
P.O. Box 577
Midpines CA
95345

SEE ATTACHED
CALIFORNIA:
ACKNOWLEDGMENT
JURAT / AFFIANT STATEMENT

United States District Court
Violation Notice

Case 6:20-po-00693-HBK Document 1 Filed 11/30/20 Page 1 of 1

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CA76 | 9290796 | Austad | 2761 |

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 04/18/2020 1505
Offense Charged: 36 CFR 4.2(b) CVC 16028(a)

Place of Offense: Granite Slab, Tioga Pass

Offense Description: Factual Basis for Charge: Failure to provide evidence of financial responsibility upon demand, expired

HAZMAT

DEFENDANT INFORMATION

Last Name: Zisa John

Street Address:

8EFE470 CA 15 Jeep 4W WHT

APPEARANCE IS REQUIRED

A ☒ If Box A is checked, you must appear in court. See instructions.

APPEARANCE IS OPTIONAL

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ Forfeiture Amount

$30 Processing Fee

PAY THIS AMOUNT AT www.cvb.uscourts.gov

$ Total Collateral Due

YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address

Date

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*9290796*

CVB SCAN 11/06/2020 13:17

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on ____________, 20____ while exercising my duties as a law enforcement officer in the ____________ District of ____________

The foregoing statement is based upon:

my personal observation my personal investigation

information supplied to me from my fellow officer's observation

other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: ____________
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ____________
Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 11/06/2020 13:17

Probable Cause

**United States District Court**
Violation Notice  Case 6:20-po-00693-HBK  Document 3  Filed 11/30/20  Page 1 of 1

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CA76 | 9290795 | Austad | 2761 |

I state that on _____ 20 ____ while exercising my duties as a law enforcement officer in the _____ District of _____

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense | Offense Charged CFR / USC | State Code |
|---|---|---|
| 09/24/2020 15:05 | 36 CFR 4.21(c) | |

Place of Offense: Granite Slab, Tioga Pass

Offense Description: Speeding 16-25+ MPH, 63MPH in 45MPH zone.

**DEFENDANT INFORMATION**

Last Name: Zisa
First Name: John
MI: P

[address redacted]

| Tag No. | State | Year | Make | Model | Color |
|---|---|---|---|---|---|
| 8EFE470 | CA | 15 | Jeep | 4W | WHT |

APPEARANCE IS REQUIRED  APPEARANCE IS OPTIONAL

A ☒ If Box A is checked, you must appear in court. See instructions.
B ☐ If Box B is checked, you must pay the collateral due or in lieu of payment appear in court. See instructions.

Forfeiture Amount
Processing Fee
PAY THIS AMOUNT AT
www.cvb.uscourts.gov
Total Collateral Due

YOUR COURT DATE

The foregoing statement is based upon:
☐ my personal observation    ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: ____ (mm/dd/yyyy)  Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ____ (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

**REFUSED for cause**

## OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, Kimberly J. Mueller, do solemnly swear that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as a UNITED STATES DISTRICT JUDGE under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. SO HELP ME GOD.

KIMBERLY J. MUELLER

Subscribed and sworn to before me this 21st day of December, 2010.

The Honorable Frank C. Damrell, Jr.,
Senior Judge

Actual abode: [redacted]

Official Station*: Eastern District of California

Date of birth: [redacted]

Date of entry on duty: December 21, 2010

*Title 28, sec. 456 United Stated Code, as amended

Refusal for Cause

This oath of office is altered - "So help me God." has been altered to "SO HELP ME GOD." Additionally previous lack of fidelity bonding is noted:

# OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, Kimberly J. Mueller, do solemnly swear that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as a UNITED STATES DISTRICT JUDGE under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. SO HELP ME GOD.

KIMBERLY J. MUELLER

Subscribed and sworn to before me this 21st day of December, 2010.

The Honorable Frank C. Damrell, Jr.,
Senior Judge

Actual abode: [redacted]

Official Station*: Eastern District of California

Date of Birth: [redacted]

Date of entry on duty: December 21, 2010

*Title 28, sec. 456 United States Code, as amended

Refusal for Cause

# APPOINTMENT AFFIDAVITS

United States District Judge — *(Position to which Appointed)*
12/21/2010 — *(Date Appointed)*

United States District Court — *(Department or Agency)*
[illegible]rn District of California — *(Bureau or Division)*
Sacramento, CA — *(Place of Employment)*

I, Kimberly J. [illegible]eller, do solemnly swear (or affirm) that–

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO THE PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

(Signature of Appointee)

Subscribed and sworn (or affirmed) before me this 21st day of December, 2010

at Sacramento (City) CA (State)

(Signature of Officer)

(SEAL)

Commission expires ________ (If by a Notary Public, the date of his/her Commission should be shown)

Senior Judge (Title)

Note - If the appointee objects to the form of the oath on religious grounds, certain modifications may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.

U.S. Office of Personnel Management
The Guide to Processing Personnel Actions

NSN 7540-00-634-4015

Standard Form 61
Revised August 2002
Previous editions not usable

Barack Obama

President of the United States of America.

To all who shall see these Presents, Greeting:

Know Ye; That reposing special trust and confidence in the Wisdom, Uprightness, and Learning of Kimberly J. Mueller, of California, I have nominated, and, by and with the advice and consent of the Senate, do appoint her United States District Judge for the Eastern District of California and do authorize and empower her to execute and fulfil the duties of that Office according to the Constitution and Laws of the said United States, and to Have and to Hold the said Office, with all the powers, privileges and emoluments to the same of right appertaining, unto Her the said Kimberly J. Mueller during her good behavior.

In testimony whereof, I have caused these Letters to be made patent and the seal of the Department of Justice to be hereunto affixed.

Done at the City of Washington this twenty-first day of December in the year of our Lord two thousand ten and of the Independence of the United States of America the two hundred and thirty-fifth.

By the President:

Attorney General.

11:31 DEC 03, 1997 ID: USDC EASTERN CALIFOR #17088 PAGE: 2/2

# OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, ......Frank C. Damrell, Jr.........................................., do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as ...United States District Judge.............. under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So Help Me God.

Subscribed and sworn to (or affirmed) before me this .....28th.............................. day of ..November..............................., 1997....

FOIA EXEMPTION b6

Actual abode [redacted]

Chief Judge.........................

Official station* Sacramento, CA...............

Date of birth ...July 6, 1938..................

Date of entry on duty ~~September~~ November 28, 1997......

*Title 28, sec. 456 United States Code, as amended.

Frank DAMRELL is not qualified as witness because he too has a deviant oath of office. This is not about religion or God at all; this is about changing the oath of office before signing. And then violating lawful redemption from the rigors of central banking and the delusion that debt can undergird currency, and the absurdity that debt can be sustained.

**CALIFORNIA ACKNOWLEDGMENT** CIVIL CODE § 1189

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Madera

On August 27, 2021 before me, Ashley Diane Kruser, Notary Public
*Date* *Here Insert Name and Title of the Officer*

personally appeared John Pace Zisa
*Name(s) of Signer(s)*

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

ASHLEY DIANE KRUSER
COMM. # 2262658
NOTARY PUBLIC-CALIFORNIA
MADERA COUNTY
MY COMM. EXP. OCT. 14, 2022

*Place Notary Seal and/or Stamp Above*

Signature [signature]
*Signature of Notary Public*

**OPTIONAL**

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: Default Against the United States

Document Date: ______ Number of Pages: 9

Signer(s) Other Than Named Above: ______

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: ______
☐ Corporate Officer – Title(s): ______
☐ Partner – ☐ Limited ☐ General
☐ Individual ☐ Attorney in Fact
☐ Trustee ☐ Guardian or Conservator
☐ Other: ______
Signer is Representing: ______

Signer's Name: ______
☐ Corporate Officer – Title(s): ______
☐ Partner – ☐ Limited ☐ General
☐ Individual ☐ Attorney in Fact
☐ Trustee ☐ Guardian or Conservator
☐ Other: ______
Signer is Representing: ______

©2019 National Notary Association

# State of California

## SECRETARY OF STATE

I, ALEX PADILLA, Secretary of State, in the name and by the authority of the People of the State of California, do appoint and commission

ASHLEY DIANE KRUSER

# Notary Public

of the State of California

Commission Number: 2262658

Term commencing October 15, 2018 and ending October 14, 2022 with the principal place of business in the county of MADERA.

IN WITNESS WHEREOF, I execute this certificate and affix the GREAT SEAL of the State of California this 11th day of October 2018.

Secretary of State

## Certificate of Mailing

**Upon publication:**

US Treasury - Janet Louise YELLEN
US Governor for the International Monetary Fund
1500 Pennsylvania Avenue NW
city of Washington, District of Columbia. 20220

Registered Mail # RF 297 064 789 US

United States District Court for the Eastern District of California
501 I Street, Room 4-200
Sacramento, CA 95814
Attn: Kimberley Jo MEULLER

Registered Mail # RF 297 064 775 US