UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:20-po-00693-HBK-1 |
| v. | ORDER DISMISSING CASE |
| John P. Zisa, | ORDER FINDING MOOT DEFENDANT'S MOTION TO DISMISS |
| Defendant. | (Doc. No. 17) |

This case comes before the Court upon periodic review of the docket. On September 24, 2020, Defendant John Zisa was issued two Violation Notices: (1) Number 9290796, failure to provide evidence of financial responsibility in violation of 36 C.F.R. 4.2(b) incorporating California Vehicle Code 16028 (Doc. No. 1); and (2) Number 9290795, speeding in violation of 36 C.F.R. 4.2(c)(1) (Doc. No. 3). Both violations were marked as mandatory appearances, despite the fact that both violations are bailable offenses affording a defendant to post collateral instead of making an initial appearance.

On December 7, 2021, Defendant appeared for an initial appearance. (Doc. No. 15). At the hearing, the government agreed to convert both citations to bailable citations. (*Id.*) The government subsequently moved to dismiss Violation Number 9290796 (Doc. No. 13), which the Court granted (Doc. No. 14). Consequently, only Violation Number 9290795 remains pending.

On February 11, 2022, Defendant filed a motion to dismiss this case. (Doc. No. 17). On February 14, 2022, the Clerk of Court received payment in the amount of $230 for Violation Number 9290795. (*See* docket).

Governing law dictated that the offense charged in Violation Number 9290795 was not subject to a mandatory appearance and Defendant should have been permitted to post collateral in lieu of an appearance. The Government represented at the December 7, 2021, hearing and again at the February 15, 2022, hearing that it deemed Violation Number 9290795 as a bailable citation with a fine of $200 and $30 CVB processing fee. Defendant has made full payment of the collateral due. Thus, the Violation has been paid in full and this case is subject to dismissal. As a result, Defendant's motion to dismiss is moot. (Doc. No. 17).

Accordingly, it is **ORDERED**:

1. The Clerk shall convert Violation Number 9290795 to a bailable citation with a fine of $200 and $30 processing fee, forward the $230 received from Defendant to the Central Violation Bureau as payment in full and ensure the abstract is removed.
2. Defendant's motion to dismiss (Doc. No. 17) is MOOT.
3. The March 15, 2022, Status Hearing is cancelled.
4. The Clerk shall email a copy of this Order to Defendant and close this case.

Dated:    March 14, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2